# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

ANGIE M. PARKHILL, )
 )
     Plaintiff, )
 )
  v. ) No. CIV-09-242-FHS-SPS
 )
MICHAEL J. ASTRUE, )
Commissioner Social Security )
Administration, )
 )
     Defendant. )

## JUDGMENT

  Pursuant to this court's order of September 30, 2010, remanding this action to the defendant under the fourth sentence of 42 U.S.C. §405(g), the court orders judgment entered for the plaintiff and against the defendant in accordance with the provisions of Rule 58, Federal Rules of Civil Procedure.

  **IT IS SO ORDERED** this 30th day of September 2010.

Frank H. Seay
United States District Judge